IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ANNA BARBATO**, | ) | FILED |
| | ) | APRIL 14, 2008       YM |
| Plaintiff, | ) | 08CV2099 |
| | ) | JUDGE ANDERSEN |
| -vs- | ) Case No. | MAGISTRATE JUDGE COLE |
| | ) | |
| **TARGET CORPORTION,** | ) | Judge: |
| | ) | |
| | ) | Magistrate: |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to *Title 28 U.S.C. §1441, et seq.,* and *28 U.S.C. §1332,* Defendant, **TARGET CORPORATION,** by and through one of its attorneys, ROBERT M. BURKE of JOHNSON & BELL, LTD., hereby gives notice of the removal of the above captioned action from the Circuit Court of Cook County, Cause No. 08 L 2243, to the United States District Court, Northern District of Illinois, Eastern Division, and in support thereof, states the following:

1.  On or about February 28, 2008, Plaintiff, Anna Barbato, initiated the above captioned lawsuit by the filing of a Complaint entitled <u>Anna Barbato v. Target Corporation,</u> docket No. 08 L 2243 in the Circuit Court of Cook County, Illinois. A copy of the initial Complaint at Law is attached hereto, labeled Exhibit "A", and incorporated herein by reference.

2.  On or about February 28, 2008, Plaintiff caused a Summons to be issued for service upon the registered agent of Target Corporation. A copy of said Summons is attached hereto, labeled Exhibit "B", and incorporated herein by reference.

3.  Service was obtained on Target Corporation's registered agent on March 14, 2008.

4. The United States District Court for the Northern District of Illinois, Eastern Division, has jurisdiction over the above described action pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 for the following reasons:

(a) Anna Barbato, at the time the lawsuit was commenced and at all relevant times, has been a resident and citizen of the State of Illinois;

(b) The Defendant, Target Corporation, at all relevant times, has been a Minnesota corporation with its principal place of business in Minnesota; therefore, for diversity of citizenship purposes, it is a citizen of the State of Minnesota;

(c) According to the allegations contained in the Complaint filed by the Plaintiff herein, the amount of damages sought in this action is in excess of the jurisdictional limitation of the Circuit Court of Cook County, Illinois, which is an amount in excess of $50,000.00. See also the Affidavit pursuant to Supreme Court Rule 222(b) which is attached to and incorporated into the Complaint. Moreover, Plaintiff claims to have incurred approximately $20,000.00 in medical bills, claims that she continues to receive medical treatment, claims that she suffers from complex regional pain syndrome as a result of the incident alleged in the Complaint, and claims to have lost wages;

(d) Based upon the foregoing, it is Defendant's good faith belief that while liability and damages issues will be contested, the amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs;

(e) This Notice of Removal is being filed with the Clerk of the United States District Court for the Northern District, Eastern Division, within thirty (30) days of service of the Summons and Complaint on this Defendant;

(f) This action, based upon diversity of citizenship and the amount in controversy is, therefore, properly removable, pursuant to *28 U.S.C. §1441(a)*.

5. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

**WHEREFORE, TARGET CORPORATION,** respectfully requests that this case proceed before this Court as an action properly removed.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By: /s/Robert M. Burke
Robert M. Burke, One of the
Attorneys for Target Corporation

ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, #2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANNA BARBATO | ) | |
| Plaintiff, | ) | |
| v. | ) No. | |
| TARGET CORPORATION, | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

NOW COMES the plaintiff, ANNA BARBATO, by and through her attorneys, DWYER & McDEVITT, LTD., and in support of her Complaint at Law against the defendant, TARGET CORPORATION, hereby states as follows:

1. That on and prior to September 26, 2007, TARGET CORPORATION was a foreign corporation licensed to do business in the State of Illinois and was in the business of owning, operating, managing and staffing retail stores.

2. That on and prior to September 26, 2007, TARGET CORPORATION owned, operated, managed and staffed a retail facility which was located at 2939 West Addison, Chicago, Illinois 60618.

3. That on September 26, 2007, ANNA BARBATO was a patron of the TARGET CORPORATION facility described in paragraph number 2, above.

4. That on and prior to September 26, 2007, the TARGET CORPORATION facility utilized horizontal shelving units for the purpose of displaying picture frames for sale.

5. That on and prior to September 26, 2007, the shelving units were supported by metal beams running horizontally underneath the shelves.



6. That on September 26, 2007, ANNA BARBATO picked up a wooden picture frame from a shelving unit.

7. That as ANNA BARBATO picked up the wooden picture frame, one of the supporting metal beams fell, causing the shelving unit to tip forward towards ANNA BARBATO.

8. That as a result of the horizontal shelving unit tipping forward, a picture frame fell from the shelf, landing on ANNA BARBATO's foot and causing her to suffer serious injury.

9. That on and prior to September 26, 2007, the defendant, through its agents, servants and employees knew or in the exercise of ordinary care should have known that the condition of the shelving unit posed an unreasonable risk of harm to persons on the premises such as ANNA BARBATO.

10. That on and prior to September 26, 2007, the defendant, through its agents, servants and employees, should have anticipated that persons on the premises would not discover or realize the danger associated with the shelving unit nor would otherwise protect themselves against its hazard.

11. That at all times herein relevant it was the duty of the defendant to exercise ordinary care in the ownership, operation and management of the store.

12. That notwithstanding its duty as aforestated, the defendant was guilty of one or more or all of the following negligent acts or omissions to act:

   a. carelessly and negligently failed to inspect the horizontal shelving unit;

   b. carelessly and negligently failed to inspect the horizontal metal beams supporting the shelving unit;

   c. carelessly and negligently failed to properly anchor or secure the horizontal shelving unit;

    d. carelessly and negligently failed to properly anchor or secure the horizontal metal beams supporting the shelving unit;

    e. carelessly and negligently failed to warn patrons regarding the unsteadiness of the shelving unit.

13. That as a direct and proximate result of one or more or all of the aforesaid negligent acts or omissions to act, ANNA BARBATO suffered severe personal injury, has and will in the future expend sums of money in efforts to obtain medical care and treatment, has and will in the future experience pain, suffering, disability and loss of a normal life as a consequence thereof, and, lastly, has and will in the future lost time from gainful employment.

WHEREFORE, the plaintiff, ANNA BARBATO, prays this Court to enter judgment in her favor and against the defendant, TARGET STORES, in a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

*[signature]*

John J. Dwyer, Jr.
Dwyer & McDevitt, Ltd.
30 N. LaSalle Street, Suite 3900
Chicago, Illinois 60602
(312) 332-0072
Atty. No. 40896

3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS  
COUNTY DEPARTMENT, LAW DIVISION

078865  
Atty. No. 40896

ANNA BARBATO )
)
Plaintiff, )
)
v. ) No.
)
TARGET CORPORATION, )
)
Defendant. )

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222(B)

Pursuant to Supreme Court Rule 222(B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00).

Dwyer & McDevitt, Ltd.  
30 North LaSalle Street  
Suite 3900  
Chicago, Illinois 60602  
(312) 332-0072

FROM: Patricia Jones (312)345-4336
CT - Chicago SOP Team
208 South LaSalle Street
Suite 814
Chicago, IL 60604

TO: Carter Leuty (612)696-6782
Target Corporation
1000 Nicollet Mall

Minneapolis, MN 55403
Ref: SOP/0406900/513197967/Patricia Jones


FedEx Revenue Barcode

CAD#: 8323339
SHIP DATE: 14MAR08
WEIGHT: 1 LB


DELIVERY ADDRESS (FedEx-EDR)

TRK # 7909 6211 8900    FORM 0201

55403    -MN-US

** 2DAY **

MSP

SE MICA

TUE
A1
Deliver by:
18MAR08

CLS120707

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (         ) |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, __LAW__ DIVISION

(Name all parties)
ANNA BARBATO,

v.

TARGET CORPORATION,

No. _____

PLEASE SERVE:

Target Corporation
c/o CT Corporation System
208 S. LaSalle #814
Chicago, IL 60604

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 40896
Name: Dwyer & McDevitt, Ltd.
Atty. for: Plaintiff
Address: 30 N. LaSalle Street, Suite 3900
City/State/Zip: Chicago, IL 60602
Telephone: 312/332-0072

WITNESS, _____

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)



DEFENDANT'S EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **ANNA BARBATO**, | ) | FILED | |
| | ) | APRIL 14, 2008    YM | |
| Plaintiff, | ) | 08CV2099 | |
| | ) | | |
| -vs- | ) Case No. | JUDGE ANDERSEN | |
| | ) | MAGISTRATE JUDGE COLE | |
| **TARGET CORPORTION,** | ) Judge: | | |
| | ) | | |
| | ) Magistrate: | | |
| Defendant. | ) | | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO:   Dwyer & McDevitt, Ltd.
      30 North LaSalle Street
      Suite 3900
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed with the United States District Court for the Northern District of Illinois, Eastern Division, as Case No. _____ on April 14, 2008.  A copy of the Notice of Removal has also been filed with the Clerk of the Circuit Court of Cook County, Law Division on April 14, 2008.  A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

JOHNSON & BELL, LTD.,

By:   /s/Robert M. Burke
      Robert M. Burke, One of the
      Attorneys for Target Corporation

.
ROBERT M. BURKE
JOHNSON & BELL, LTD.,
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603
Telephone: (312) 0770
Attorney No. 06347

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

The undersigned, a non-attorney, certifies that she served a copy of the above and foregoing NOTICE OF FILING NOTICE OF REMOVAL to all attorneys of record, by depositing a copy of same in the United States Mail, first class postage prepaid, this 14th day of April, 2008.

/s/Lisa A. Morrison
I certify that the statements set forth herein are true and correct.

JOHNSON & BELLL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603
(312) 372-0770