# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

ANNA BARBATO

-vs-

TARGET CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TARGET CORPORATION

```
FILED
APRIL 14, 2008                    YM
08CV2099
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE
```

| | |
|---|---|
| NAME (Type or print) | |
| Michael J. Linneman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael J. Linneman | |
| FIRM | |
| Johnson & Bell, Ltd. | |
| STREET ADDRESS | |
| 33 West Monroe, Suite 2700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275375 | (312) 372-0770 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐