IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **ANNA BARBATO**, | ) | FILED | |
| | ) | APRIL 14, 2008   YM | |
| Plaintiff, | ) | 08CV2099 | |
| | ) | | |
| -vs- | ) Case No. | JUDGE ANDERSEN | |
| | ) | MAGISTRATE JUDGE COLE | |
| **TARGET CORPORTION,** | ) Judge: | | |
| | ) | | |
| | ) Magistrate: | | |
| Defendant. | ) | | |

## JURY DEMAND

Defendant, **TARGET CORPORATION,** and hereby demands a trial by jury.

DATED:  April 14, 2007.

JOHNSON & BELL, LTD.

By:   /s/Robert M. Burke
Robert M. Burke, attorney for Defendant
Target Corporation

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312)  372-0770
Firm I.D. No.:  06347