IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANNA BARBATO**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. 08 C 2099 |
| | ) |
| **TARGET CORPORTION,** | ) Judge: Wayne R. Anderson |
| | ) |
| | ) Magistrate: Jeffrey Cole |
| Defendant. | ) |

## NOTICE OF FILING

TO:  Dwyer & McDevitt, Ltd.
     30 North LaSalle Street
     Suite 3900
     Chicago, Illinois 60602

Please take notice that on the **23rd** day of **April, 2008**, Defendant, **Target Corporation**, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its **Answer and Affirmative Defense to Plaintiff's Complaint,** a copy of which will or have been served upon you via First Class Mail and/or electronically via the Court's Electronic Case Filing System.

                              JOHNSON & BELL, LTD.

                          By: /s/Robert M. Burke
                              One of the Attorneys for the Defendant,
                              Target Corporation

Robert M. Burke (6187403)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, Illinois  60603
(312) 372-0770

## PROOF OF SERVICE

The undersigned a non-attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on April 23, 2008, via First Class Mail and/or Electronic Case Filing.

                              /s/Lisa A. Morrison
                              [x]  Under penalties as provided
                              by law pursuant to ILL. REV. STAT.
                              CHAP. 110 '1-109, I certify that the
                              statements set forth herein are true
                              and correct.