IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA BARBATO ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 2099 |
| v. ) | |
| ) | Judge: Wayne R. Anderson |
| TARGET CORPORATION, ) | |
| ) | Magistrate: Jeffrey Cole |
| Defendant. ) | |

**FILED**
MAY - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To:   Robert M. Burke
      Johnson & Bell
      33 West Monroe Street
      Suite 2700
      Chicago, IL 60603-5404

Please take notice that on the 6th day of May, 2008, Plaintiff, Anna Barbato, filed with the United States District Court for the Northern District of Illinois, Eastern Division, its Answer to Affirmative Defense, a copy of which will or have been served upon you via First Class Mail and/or electronically via the Court's Electronic Case Filing System.

DWYER & McDEVITT LTD.

By: /s/John J. Dwyer, Jr.

John J. Dwyer, Jr.
Dwyer & McDevitt, Ltd.
30 North LaSalle Street
Suite 3900
Chicago, Illinois 60602
(312) 332-0072

## PROOF OF SERVICE

The undersigned a non-attorney, on oath, states he caused the above-listed documents to be served upon the above-named attorneys at their respective addresses on April 23, 2008, via First Class Mail and/or Electronic Filing.

By: /s/Mari Marsh
[x] Under penalties as provided by law pursuant to ILL.
    REV. STAT. CHAP. 110 1-109, I certify that the statements
    set forth herein are true and correct.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA BARBATO ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 2099 |
| v. ) | |
| ) | Judge: Wayne R. Anderson |
| TARGET CORPORATION, ) | |
| ) | Magistrate: Jeffrey Cole |
| Defendant. ) | |

## ANSWER TO AFFIRMATIVE DEFENSE

NOW COMES the plaintiff, ANNA BARBATO, by and through her attorneys, DWYER & McDEVITT, LTD., and in answer to the affirmative defense of the defendant, TARGET CORPORATION, hereby states as follows:

1. The plaintiff, ANNA BARBATO denies that she was careless or negligent in any or all of the ways stated by the defendant in paragraphs (a) through (c), inclusive of the first affirmative defense.

WHEREFORE, the plaintiff, ANNA BARBATO prays this court to deny the affirmative defense of the defendant, TARGET CORPORATION.

_/s/ J. Dwyer_

John J. Dwyer, Jr.
Dwyer & McDevitt, Ltd.
30 North LaSalle Street
Suite 3900
Chicago, Illinois 60602
(312) 332-0072