

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BARBATO<br>v.<br>TARGET CORPORATION | 08 CV 2099 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**ANNA BARBATO**

| NAME (Type or print) |
|---|
| John J. Dwyer, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ |
| FIRM |
| Dwyer & McDevitt, Ltd. |
| STREET ADDRESS |
| 30 North LaSalle Street, Suite 3900 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (312) 332-0072 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X |  |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? |  | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | X |  |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | X |  |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

FILED
MAY - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT