UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Anna Barbato
                    Plaintiff,

v.                                          Case No.: 1:08−cv−02099
                                                           Honorable Wayne R. Andersen

Target Corporation
                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 22, 2008

                                                                         /s/ Wayne R. Andersen
                                                                      United States District Judge